UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER 17-60108-CR-COHN

UNITED STATES OF AMERICA

vs.

EGAR ABDIEL HERNANDEZ BAILON, *et al.*

    Defendant.
_____/

## SENTENCING MEMORANDUM

    Mr. Egar Abdiel Hernandez Bailon, files the following sentencing memorandum, and in support states:

    Mr. Hernandez Bailon was found guilty of violations of the Maritime Drug Law Enforcement Act after a bench trial before this Court. The PSI finds that Mr. Hernandez Bailon's guideline calculation results in a level 37, criminal history category I, yielding a guideline range of 210 to 262 months. This guideline range is considerably higher than his codefendants due to the fact that the PSI finds, and the government insists, that Mr. Hernandez Bailon should be subject to an aggravating role enhancement based on Mr. Hernandez Bailon's statement that he brought his codefendants into this offense. While Mr. Hernandez Bailon has not objected to the enhancement, it is clear that this Court is not bound by the advisory guidelines. However, this Court is bound to give a mandatory minimum sentence of ten years. Mr. Hernandez Bailon respectfully asserts that ten years is more than sufficient to meet the sentencing goals of 18 U.S.C. § 3553(a).

    Mr. Hernandez Bailon wrote the Court a letter with the assistance of a fellow inmate, due to his lack of literacy. That letter has been filed in docket entry 80. In that letter, Mr. Hernandez

Bailon tells of how he is from the town of Jaramijo, Ecuador. He has been a fisherman since he was a child. He has lived with his 70 year old mother, 17 year old daughter and a 12 year old son. He describes how the earthquake that struck his region left him homeless and his family devastated.

On April 16, 2016, Ecuador experienced one of the most destructive earthquakes in history. The 7.8 magnitude earthquake resulted in 663 deaths; over 6,000 injuries and over 28,000 citizens sought emergency shelter. *See* Western Ecuador Rattled by Magnitude 6.7 Earthquake: USGS, available at https://www.nbcnews.com/news/world/western-ecuador-rattled-magnitude-6-7-earthquake-usgs-n575906 (last viewed August 23, 2017). It also triggered widespread structural collapse resulting in destruction or severe damage to more than 1,400 buildings. Structures in the Ecuador region are vulnerable to earthquake shaking — the predominant vulnerable building types are unreinforced brick masonry and mud wall construction. *See* 7.8 Ecuador earthquake causes widespread severe damage, available at http://www.artemis.bm/blog/2016/04/17/7-8-ecuador-earthquake-causes-widespread-severe-damage/ (last viewed August 23, 2017). The western coastal province of Manabí was hit the hardest, with 80% of Pedernales, the coastal epicenter of the quake left in ruins. *Id*. Mr. Hernandez Bailon's home of Jaramillo is in the province of Manabí and was also devastated. Mr. Hernandez Bailon has included a map of Manabí province to provide the Court a sense of the relevant geography of the impact of the earthquake that struck Ecuador in April 2016.



Manabí Province in Ecuador

In the 6-month review of the earthquake response, 387,000 persons were registered as disaster victims still affected by the consequences of the earthquake. Over 35,000 houses are deemed inhabitable, 7,880 people live in governmental-run refugee camps, and almost 11,000 people live in spontaneous and informal refugee sites lacking basic utilities. These numbers continue to increase due to the 2,220 aftershocks. *See* Emergency Response to the Ecuador

Earthquake, available at https://www.globalgiving.org/projects/emergency-response-to-the-ecuador-earthquake/updates/?subid=80256 (last visited August 23, 2017).

It is undeniable that the devastation wrought by the earthquake has created a legion of poor, desperate individuals who are vulnerable to recruitment by narcotraffickers. Mr. Hernandez Bailon does not suggest that drug trafficking was unknown in Ecuador prior to the earthquake. However, it is highly unlikely that he would ever have been involved in anything of the sort had he not experienced the desperation brought on by the earthquake. Mr. Hernandez Bailon is a 48 year old man who has no criminal history. He has spent his entire life since the age of 16 fishing for subsistence wages.

As an anecdotal matter, undersigned counsel has been a criminal defense lawyer in this community for twenty years. In that span, undersigned counsel has been involved in numerous Title 46 cases. However, it was not until the advent of the earthquake in Ecuador on April 2017 that undersigned counsel has represented Ecuadorian nationals in connections with this type of violation. In the less than year and one half since the earthquake struck, undersigned counsel has been appointed by the Court to represent four Ecuadorian nationals charged with Title 46 violations. This phenomenon is not unique to undersigned counsel but is readily apparent to all participants of the criminal justice community in this community. This reality perfectly encapsulates the relationship between economic desperation and vulnerability to recruitment by drug traffickers.

Mr. Hernandez Bailon has expressed great remorse for his participation in this offense. He confessed his participation at the first opportunity and earnestly participated in a debriefing. Lamentably, he is such a peripheral and disposable participant in this offense that he had no information that could potentially lead to a sentence reduction for substantial assistance. Even if

this Court were to sentence Mr. Hernandez Bailon to the mandatory minimum of ten years, he would be at least fifty-seven years old by the time he could return to Ecuador. Mr. Hernandez Bailon respectfully requests that the Court sentence him to serve no more than ten years.

    Respectfully submitted,

**do Campo & Thornton, P.A.**
Chase Bank Building
150 S.E. 2nd Avenue, Suite. 602
Miami, Florida 33131
Telephone: (305) 358-6600
Facsimile: (305) 358-6601

By:    s/ *Orlando do Campo*
      Orlando do Campo
      Florida Bar No. 0156582
      od@dandtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    s/ *Orlando do Campo*
      Orlando do Campo