# UNITED STATES' EXHIBIT LIST

| UNITED STATES vs. PIVITON POSLIGUA GILER et. al. | | AUSA: SCOTT BEHNKE | | |
|---|---|---|---|---|
| CASE NO. 17-60108-CR-COHN<br><br>MOTION TO SUPPRESS<br>Commencing June 7, 2017 | | TIMOTHY DAY, AFPD<br>JOAQUIN MENDEZ, JR., ESQUIRE<br>ORLANDO do CAMPO, ESQUIRE | | |
| | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
| 1 | Nautical Map of Eastern Pacific Coast | | | 6/7 |
| 2 | Map of Eastern Pacific coastline | | | 6/7 |
| 3 | Photo of C-130 Hercules Aircraft | | | 6/7 |
| 4 | Excerpted video of MPA and HELICOPTER video | | | 6/7 |
| 5 | Video taken from Helicopter on December 27, 2017 | | | 6/8 |
| 6 | MPA videos taken on December 27, 2017 | | | 6/7 |
| 7 | Photograph of a MH-65D Helicopter | | | 6/7 |
| 8 | Photograph of view from pilot seat of helicopter | | | 6/7 |

# UNITED STATES' EXHIBIT LIST

| UNITED STATES vs. PIVITON POSLIGUA GILER et. al. | AUSA: SCOTT BEHNKE |
|---|---|
| CASE NO. 17-60108-CR-COHN | TIMOTHY DAY, AFPD |
| | JOAQUIN MENDEZ, JR., ESQUIRE |
| MOTION TO SUPPRESS | ORLANDO do CAMPO, ESQUIRE |
| Commencing June 7, 2017 | |

| | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 9 | Photograph of view from gunner window of helicopter | | | 6/8 |
| 10 | Photograph of the starboard side of the USCGC Sherman | | | |
| 10-A | Photograph of the aft of the USCGC Sherman | | | 6/7 |
| 10-B | Photograph of the forward of the USCGC Sherman | | | |
| 11 thru 15 | Photographs of gas and oil containers aboard the GFV taken on December 27, 2016 | | | 6/8 |
| 16 & 16-A | Photographs taken by the CG boarding team as they boarded the subject GFV on December 27, 2016. | | | 6/8 |
| 17 | Ecuador Cedula of Piviton Pastor Posligua Giler obtained by CG boarding team on December 27, 2016. | | | 6/8 |

# UNITED STATES' EXHIBIT LIST

| UNITED STATES vs. PIVITON POSLIGUA GILER et. al. | AUSA: SCOTT BEHNKE |
|---|---|
| CASE NO. 17-60108-CR-COHN | TIMOTHY DAY, AFPD |
| | JOAQUIN MENDEZ, JR., ESQUIRE |
| MOTION TO SUPPRESS | ORLANDO do CAMPO, ESQUIRE |
| Commencing June 7, 2017 | |

| | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 18 & 18-A | Ecuador Passport and Cedula of Alfredo Wladimir Jamarillo Baque obtained by CG boarding team on December 27, 2016. | | | 6/8 |
| 19 | Ecuador Cedula of Egar Abdiel Hernandez Bailon obtained by CG boarding team on December 27, 2016. | | | 6/8 |
| 20 Thru 20-B | Photographs taken of boarding team aboard the subject GFV waiting for instructions from the CGC Sherman | | | 6/8 |
| 21 | Radio communication device found aboard the subject GFV by USCG boarding team on December 27, 2016. | | | 6/8 |
| 22 Thru 22-B | Laminated handwritten notes containing nautical coordinates found aboard the subject GFV by USCG boarding team on December 27, 2016. | | | 6/8 |
| 23 | Highflyer rigged for jettisoning on portside of GFV found by USCG boarding team on December 27, 2016. | | | 6/8 |
| 24 | Highflyer rigged for jettisoning on starboard side of GFV found by USCG boarding team on December 27, 2016. | | | 6/8 |

# UNITED STATES' EXHIBIT LIST

| UNITED STATES vs. PIVITON POSLIGUA GILER et. al. | AUSA: SCOTT BEHNKE |
|---|---|
| CASE NO. 17-60108-CR-COHN | TIMOTHY DAY, AFPD |
| | JOAQUIN MENDEZ, JR., ESQUIRE |
| MOTION TO SUPPRESS | ORLANDO do CAMPO, ESQUIRE |
| Commencing June 7, 2017 | |

| | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 25 Thru 25-C | Bales of suspect contraband discovered midsection of GFV found by USCG boarding team on December 27, 2016. | | | 6/8 |
| 26 & 26-A | Bales of suspect contraband discovered forward section of GFV found by USCG boarding team on December 27, 2016. | | | 6/8 |
| 27 Thru 27-B | Photographs of bales of suspect contraband found on the subject GFV removed for testing by the USCG boarding team on December 27, 2016. | | | 6/8 |
| 28 | Photographs of NIK field test #1 results taken from a bale of suspect contraband found on the subject GFV removed for testing by the USCG boarding team on December 27, 2016. | | | 6/8 |
| 29 | Photographs of NIK field test #2 results taken from a bale of suspect contraband found on the subject GFV removed for testing by the USCG boarding team on December 27, 2016. | | | 6/8 |
| 30 | Photograph of Detainees taken by the USCG boarding team on December 27, 2016 before being transferred to the CGC Sherman. | | | 6/8 |
| 31 | Photograph of Piviton Pastor Posligua Giler upon boarding of the CGC Sherman on December 26, 2016. | | | 6/12 |

# UNITED STATES' EXHIBIT LIST

UNITED STATES vs. PIVITON POSLIGUA GILER et. al.      AUSA: SCOTT BEHNKE

CASE NO. 17-60108-CR-COHN                             TIMOTHY DAY, AFPD
                                                      JOAQUIN MENDEZ, JR., ESQUIRE
MOTION TO SUPPRESS                                    ORLANDO do CAMPO, ESQUIRE
Commencing June 7, 2017

| | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 32 | Photograph of Alfredo Wladimir Jaramillo Baque upon boarding of the CGC Sherman on December 26, 2016. | | | 6/12 |
| 33 | Photograph of Egar Abdiel Hernandez Bailon upon boarding of the CGC Sherman on December 26, 2016. | | | 6/12 |
| 34 | Detainee Log dated December 27, 2016. | | | 6/7 |
| 35 | DD Form 1149 chain of custody of detainee and evidence transfer from CGC Sherman to CGC Midget on January 4, 2017. | | | 6/7 |
| 36 | DD Form 1149 chain of custody of detainee and evidence transfer from CGC Midget to the CGC Diligence on January 8, 2017. | | | 6/7 |
| 37 | DD Form 1149 chain of custody of detainee and evidence transfer from CGC Diligence to the CGC Sherman on January 9, 2017. | | | 6/7 |
| 38 | DD Form 1149 chain of custody of detainee and evidence transfer from CGC Sherman to DEA on January 26, 2017. | | | 6/7 |
| 39 | Waiver of Miranda rights signed by Piviton Posligua Giler on January 26, 2017. | | | 6/12 |
| 40 | Waiver of Miranda rights signed by Alfredo Jarimillo Baque on January 26, 2017. | | | 6/12 |
| 41 | Waiver of Miranda rights signed by Egar Hernandez Bailon on January 26, 2017. | | | 6/12 |

# UNITED STATES' EXHIBIT LIST

**UNITED STATES vs. PIVITON POSLIGUA GILER et. al.**

**CASE NO. 17-60108-CR-COHN**

**MOTION TO SUPPRESS**
Commencing June 7, 2017

**AUSA: SCOTT BEHNKE**

TIMOTHY DAY, AFPD
JOAQUIN MENDEZ, JR., ESQUIRE
ORLANDO do CAMPO, ESQUIRE

|    | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|----|-------------|-----------|------------|----------|
| 42 | Sketch of subject GFV | | | 6/8 |
| 43 | REYES' STATEMENT RE: INTERDICTION | | | |
| 44 | BALES OF COCAINE — PHOTOGRAPH | | | |
| 45 | TRANSCRIPT OF STATEMENT OF POSLIGUA | | | 6/12 |
| 46 | TRANSCRIPT OF STATEMENT OF JARAMILLO | | | 6/12 |
| 47 | TRANSCRIPT OF STATEMENT OF HERNANDEZ-BAILON | | | 6/12 |

# UNITED STATES' EXHIBIT LIST

| UNITED STATES vs. PIVITON POSLIGUA GILER et. al. | AUSA: SCOTT BEHNKE |
|---|---|
| CASE NO. 17-60108-CR-COHN | TIMOTHY DAY, AFPD<br>JOAQUIN MENDEZ, JR., ESQUIRE |
| MOTION TO SUPPRESS<br>Commencing June 7, 2017 | ORLANDO do CAMPO, ESQUIRE |

| | DESCRIPTION | WITNESSES | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |