SHIPPING CONTAINER TALLY — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50

# REQUISITION AND INVOICE/SHIPPING DOCUMENT

**1. FROM:** (Include ZIP Code)
COMMANDING OFFICER, USCGC SHERMAN (WHEC-720)
400 SAND ISLAND PARKWAY
HONOLULU, HI 96819
POC: ME1 DANIEL W. BROOKS  PH: (808) 842-2870

Z11406

| SHEET NO. | NO. OF SHEETS | 5. REQUISITION DATE | 6. REQUISITION NUMBER |
|---|---|---|---|
| 1 | 2 | 20170126 | Z11406-7026-5001 |

**7. DATE MATERIAL REQUIRED (YYYYMMDD):** 20170126
**8. PRIORITY:** ROUTINE

**2. TO:** (Include ZIP Code)
100562

**9. AUTHORITY OR PURPOSE:** TRANSFER
**10. SIGNATURE:** [signature]
**11a. VOUCHER NUMBER & DATE (YYYYMMDD):** N/A

**3. SHIP TO - MARK FOR**
Print Name: Jeremy Youngblood    Rate/Rank: SA DEA
Signature: [signature]    Date: 1/26/17

**12. DATE SHIPPED (YYYYMMDD):** 20170126    **b.** N/A
**13. MODE OF SHIPMENT:** HAND CARRY
**14. BILL OF LADING NUMBER:** N/A
**15. AIR MOVEMENT DESIGNATOR OR PORT REFERENCE NO.:** N/A

**4. APPROPRIATIONS DATA**
FDIN-2016858071

| ITEM NO. (a) | FEDERAL STOCK NUMBER, DESCRIPTION, AND CODING OF MATERIEL AND/OR SERVICES (b) | UNIT OF ISSUE (c) | QUANTITY REQUESTED (d) | SUPPLY ACTION (e) | TYPE CONTAINER (f) | CONTAINER NOS. (g) | UNIT PRICE (h) | TOTAL COST (i) |
|---|---|---|---|---|---|---|---|---|
| 1 | REPRESENTATIVE SAMPLE OF COCAINE(10 KILOS/AT SEA WEIGHT 25LBS) FDIN:2016858071, SEIZURE TAG#:167268-------- | EA | 10 | N/A | N/A | N/A | | |
| 2 | CASE PACKAGE FDIN:2016858071------------- | EA | 1 | N/A | N/A | N/A | | |
| 3 | DETAINEE #1:WLADIMAR ALFREDO JARAMILLO BAQUE, DOB 17SEP1990 CEDULA# 131217385-7,NATIONALITY:ECUADORIAN---------- | EA | 1 | N/A | N/A | N/A | | |
| 4 | DETAINEE #1 PERSONAL EFFECTS, SEIZURE TAG#:167269-------- | EA | 1 | N/A | N/A | N/A | | |
| 5 | DETAINEE #2:EGAR ABDIEL HERNANDEZ BAILON,DOB 20MAR1696 CEDUAL# 130575242-8. NATIONALITY:ECUADORIAN---------- | EA | 1 | N/A | N/A | N/A | | |

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 17-CR-60108-JIC
EXHIBIT NO. 38

CHARGEABLE TO

| TOTAL CONTAINERS | TYPE CONTAINER | DESCRIPTION | TOTAL WEIGHT | TOTAL CUBE |
|---|---|---|---|---|

**17. SPECIAL HANDLING**

**19. RECEIPT**
- CONTAINERS RECEIVED EXCEPT AS NOTED | DATE (YYYYMMDD) | BY | SHEET TOTAL
- QUANTITIES RECEIVED EXCEPT AS NOTED | DATE (YYYYMMDD) | BY | GRAND TOTAL
- POSTED | DATE (YYYYMMDD) | BY | 20. RECEIVER'S VOUCHER NO.

TOTAL

DD FORM 1149, JAN 2016    51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100
PREVIOUS EDITION IS OBSOLETE.    Adobe Designer 9.0

SHIPPING CONTAINER TALLY   1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50

## REQUISITION AND INVOICE/SHIPPING DOCUMENT (Continuation Sheet)

| SHEET NO. | NO. OF SHEETS | 6. REQUISITION NUMBER | 11a. VOUCHER NUMBER AND DATE | b. VOUCHER NUMBER AND DATE |
|---|---|---|---|---|
| 2 | 2 | Z11406-7026-5001 | N/A | N/A |

| ITEM NO. (a) | FEDERAL STOCK NUMBER, DESCRIPTION, AND CODING OF MATERIEL AND/OR SERVICES (b) | UNIT OF ISSUE (c) | QUANTITY REQUESTED (d) | SUPPLY ACTION (e) | TYPE CON-TAINER (f) | CON-TAINER NOS. (g) | UNIT PRICE (h) | TOTAL COST (i) |
|---|---|---|---|---|---|---|---|---|
| 06 | DETAINEE #2 PERSONAL EFFECTS, SEIZURE TAG#: 167270---------------------- | EA | 1 | N/A | N/A | N/A | | |
| 07 | DETAINEE #3:PIVITON PASTOR POSLIGUA GILER,DOB 01JUN1976, CEDULA#: 172128256, NATIONALITY: ECUADORIAN---------------- | EA | 1 | N/A | N/A | N/A | | |
| 08 | DETAINEE #3 PERSONAL EFFECTS, SEIZURE TAG #167271---------------------- | EA | 1 | N/A | N/A | N/A | | |
| 09 | 02 SPOT TRACE TRACKING DEVICE, SEIZURE TAG#: 171766--------------------- | EA | 1 | N/A | N/A | N/A | | |
| -- | ---------------------------------AND NO OTHERS------------------------------------------ | | | | | | | |
| | | | | | | SHEET TOTAL | | |

DD FORM 1149C, JAN 2016      51 52 53 54 55 56 57 58 59 60 61 62 63 64 65 66 67 68 69 70 71 72 73 74 75 76 77 78 79 80 81 82 83 84 85 86 87 88 89 90 91 92 93 94 95 96 97 98 99 100
PREVIOUS EDITION IS OBSOLETE.